UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAMILLE BURBAN,

    Plaintiff,

vs.                                      Case No.: 3:17-cv-00262-MMH-JBT

CITY OF NEPTUNE BEACH, FLORIDA,

    Defendant.

_____/

## DEFENDANT CITY OF NEPTUNE BEACH, FLORIDA'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 3.01(j), Defendant, City of Neptune Beach, Florida, hereby requests oral argument on Defendant's Motion to Dismiss. The time for oral argument is estimated to be a total of 20 minutes.

Respectfully submitted this 30th day of March, 2017.

                                                        GRAYROBINSON, P.A.

                                                        /s/ Ashlea Edwards
                                                        **Richard J. Plotkin, Esq.**
                                                        Florida Bar No. 0059780
                                                        rick.plotkin@gray-robinson.com
                                                        **Ashlea A. Edwards, Esq.**
                                                        Florida Bar No. 117691
                                                        ashlea.edwards@gray-robinson.com
                                                        50 N. Laura Street, Suite 1100
                                                       Jacksonville, Florida 32202
                                                       Telephone: (904) 598-9929
                                                       Facsimile: (904) 598-9109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on this 30th day of March, 2017. with the Clerk of Court using the electronic filing system and via U.S. Mail to:

Camille E. Sheppard
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Email: sheplaw@att.net
*Attorneys for Plaintiff*

_____
Attorney