**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CAMILLE BURBAN,

    Plaintiff,

vs.                      Case No.:  3:17-cv-00262-MMH-JBT

CITY OF NEPTUNE BEACH, FLORIDA,

    Defendant.

_____/

**DEFENDANT CITY OF NEPTUNE BEACH, FLORIDA'S**
**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 3.01(j), Defendant, City of Neptune Beach, Florida, hereby requests oral argument on Defendant's Motion to Dismiss Plaintiff's Amended Complaint. The time for oral argument is estimated to be a total of 20 minutes.

Respectfully submitted this 4th day of May, 2017.

                              **GRAYROBINSON, P.A.**

                              */s/ Richard J. Plotkin, Esq.*
                              **Richard J. Plotkin, Esq.**
                              Florida Bar No. 0059780
                              rick.plotkin@gray-robinson.com
                              **Ashlea A. Edwards, Esq.**
                              Florida Bar No. 117691
                              ashlea.edwards@gray-robinson.com
                              50 N. Laura Street, Suite 1100
                              Jacksonville, Florida 32202
                              Telephone: (904) 598-9929
                              Facsimile: (904) 598-9109

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically on this <u>4th</u> day of May, 2017. with the Clerk of Court using the electronic filing system and via U.S. Mail to:

Camille E. Sheppard
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Email: sheplaw@att.net
*Attorneys for Plaintiff*

                                            */s/ Richard J. Plotkin, Esq.*
                                                   Attorney

\738399\17 - # 1511656 v1